STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant
Department of State

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GARY J. LaPOOK, Esq.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendants. | No. CV 14-01301 SJO (SHx)<br><br>**DISMISSAL ORDER** |

1 | Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the
2 | separately filed stipulation of the parties, this action is dismissed with prejudice.
3 | Pursuant to the stipulation of the parties, defendant Department of State is
4 | ordered to pay costs to Plaintiff in the amount of $424.61.

Dated: 2/27/15

*S. James Otero*

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
Department of State